PER CURIAM.
 

 We affirm but certify the same issue as certified in
 
 State v. Freijo,
 
 987 So.2d 190 (Fla. 3d DCA 2008), as being one of great public importance.
 

 WHETHER A DEFENDANT MAY OBTAIN THE BENEFIT OF A NEW TWO-YEAR WINDOW PERIOD UNDER
 
 STATE V. GREEN,
 
 944 So.2d 208 (Fla.2006), IF THE CLAIMANT RECEIVED ACTUAL NOTICE OF A DEPORTATION PROCEEDING MORE THAN TWO YEARS BEFORE THE MOTION TO WITHDRAW PLEA?
 

 WOLF, WEBSTER, and CLARK, JJ., concur.